# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00166 |
| | ) | Judge Trauger |
| KAI TYSHAWN DAVIS | ) | |

## O R D E R

Based upon the defendant's recent letter (Docket No. 44) and information furnished by the Probation Office, it is hereby **ORDERED** that the Probation Office shall investigate and amend the presentence report as appropriate.

It is so **ORDERED**.

ENTER this 7th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge